578

Submitted May 31, 1983. Joseph J. Schafle, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.

468 A.2d 832

Commonwealth v. Seymore, Appellant.

Submitted September 23, 1983. Larry Elliott Stone, for appellant; Nicholas Subashi, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence is affirmed.

468 A.2d 832

Commonwealth v. Smith, Appellant.

Submitted March 8, 1983. Steven V. Manbeck, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, WICKERSHAM and MONTEMURO, JJ.

Judgment of sentence affirmed.

468 A.2d 832

Commonwealth v. Smith, Appellant.

Submitted March 8, 1983. Steven V. Manbeck, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, WICKERSHAM and MONTEMURO, JJ.

Judgment of sentence affirmed.

468 A.2d 833

Commonwealth v. Trivitt, Appellant.

Submitted September 23, 1983. Walton Vail Davis, for appellant; Roy Alan Keefer, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order of August 9, 1982 affirmed.